**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7121**

RODNEY A. KOON,

Plaintiff - Appellant,

v.

BRIAN K. WELLS; EMILY BROWN; SGT. BROWN,

Defendants - Appellees

and

STATE OF NORTH CAROLINA; ROY COOPER; KENNETH LASSITER,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:19-ct-03014-BO)

Submitted: December 21, 2021                    Decided: December 27, 2021

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rodney A. Koon, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney A. Koon appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Koon v. Wells*, No. 5:19-ct-03014-BO (E.D.N.C. July 14, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
